■ ANTON WEISS, Respondent, v TORAH HIGH SCHOOL OF LONG BEACH, INC., et al., Appellants. [608 NYS2d 95] —Appeal by the defendants from an order of the Supreme Court, Nassau County (Roncallo, J.), dated October 18, 1991.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Roncallo at the Supreme Court. Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.